**LLG NATIONAL LAW GROUP AZ, PC**
Blake Wilkie, SBN 034028
5630 N. Scottsdale Road, Suite W2 - 170
Scottsdale, Arizona 85250
blake.wilkie12@gmail.com
(480) 264-0709
*Attorney for Plaintiff*

Benjamin Taylor
**TAYLOR & GOMEZ, LLP**
2600 N. 44th Street, Suite B-101
Phoenix, Arizona 85008
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DARNAY COCKRELL,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CITY OF MESA, OFFICER HELFRICH (#25208),<br>& OFFICER BROWN (#24030),<br><br>                    Defendants. | Case No. 2:25-cv-04535-JJT<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WITH CLIENT CONSENT** |

Counsel Blake Wilkie of LLG National Law Group AZ, PC, on behalf of Darnay Cockrell, hereby provides notice of withdrawal as counsel of record in this matter, pursuant to Local Rule of Civil Procedure 83.3(b)(2) of the United States District Court for the District of Arizona, and states as follows:

1. The client, Darnay Cockrell has knowingly and voluntarily consented to this withdrawal.

2. This withdrawal will not delay the proceedings or prejudice any party.

3. Darnay Cockrell will proceed through newly retained counsel:

1

Benjamin Taylor
**TAYLOR & GOMEZ, LLP**
2600 N. 44th Street, Suite B-101
Phoenix, Arizona 85008

Stacy Scheff, Esq.
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611

4.  All future filings, notices, and correspondence should be directed to the client or successor counsel as identified above.

5.  Client consent to this withdrawal is confirmed by the client's signature below.

### CLIENT CONSENT

I, Darnay Cockrell, hereby consent to the withdrawal of Blake Wilkie as my counsel of record in this matter. I acknowledge that I have been advised of my right to retain new counsel and understand that I will be responsible for complying with all court rules, deadlines, and obligations going forward.

_____
Darnay Cockrell

Date: 01 / 27 / 2026
_____

.

/       /       /

/       /       /

2

Doc ID: e2295d91eb733cce20ea9179e076cee9db0eb6a2

**RESPECTFULLY SUBMITED** this 28th day of January, 2025.

LLG NATIONAL LAW GROUP AZ, PC

By:_____
Blake Wilkie, Esq.
5630 N. Scottsdale Road, Suite W2 - 170
Scottsdale, Arizona 85250
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christina Retts, Bar #023798
Suzanne Reed, Bar # 025707
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313  Tempe, Arizona 85288
Telephone: (602) 715-1868 Fax: (602) 455-1109
Email: cretts@wienekelawgroup.com
Email: sreed@wienekelawgroup.com
*Attorneys for Defendants City of Mesa and Helfrich*

Benjamin Taylor
TAYLOR & GOMEZ, LLP
2600 N. 44th Street, Suite B-101 Phoenix, Arizona 85008
*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System: N/A

By: /s/ Blake Wilkie

4