**LLG NATIONAL LAW GROUP AZ, PC**
Blake Wilkie, SBN 034028
5630 N. Scottsdale Road, Suite W2 - 170
Scottsdale, Arizona 85250
blake.wilkie12@gmail.com
(480) 264-0709
*Attorney for Plaintiff*

Benjamin Taylor
**TAYLOR & GOMEZ, LLP**
2600 N. 44th Street, Suite B-101
Phoenix, Arizona 85008
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

DARNAY COCKRELL,

               Plaintiff,

     vs.

CITY OF MESA, OFFICER HELFRICH (#25208),
& OFFICER BROWN (#24030),

             Defendants.

Case No. 2:25-cv-04535-JJT

**ORDER OF WITHDRAWAL OF COUNSEL WITH CLIENT CONSENT**

Before the Court is the Notice of Withdrawal of Counsel with Client Consent filed by Blake Wilkie of LLG National Law Group AZ, PC, counsel of record for Darnay Cockrell. The Court, having reviewed the Notice and finding good cause appearing,

**IT IS ORDERED** that:

Blake Wilkie of LLG National Law Group AZ, PC is hereby withdrawn as counsel of record for Darnay Cockrell in this matter.

Darnay Cockrell shall proceed through substitute counsel.

1

_____
Hon. John Tuchi


Date: _____

.