# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Darnay Cockrell,

Plaintiff,

v.

City of Mesa, *et al.*,

Defendants.

No. CV-25-04535-PHX-JJT

**ORDER**

Before the Court is City of Mesa's Response in Opposition to the Court's August 20, 2026 Order and Motion to Terminate Mesa as a Defendant as There are No Claims Against It in the Amended Complaint (Doc. 31). No opposition has been filed. Upon review of the Motion and good cause appearing,

**IT IS ORDERED** granting City of Mesa's Response in Opposition to the Court's August 20, 2026 Order and Motion to Terminate Mesa as a Defendant as There are No Claims Against It in the Amended Complaint (Doc. 31).

**IT IS FURTHER ORDERED** terminating the City of Mesa as a defendant in this matter.

Dated this 8th day of September, 2026.

Honorable John J. Tuchi
United States District Judge