Benjamin P. Taylor, Esq. (023868)
**TAYLOR & GOMEZ, LLP**
2600 N. 44th Street, Suite B-101
Phoenix, Arizona 85008
Tel: (602) 325-8007
Fax: (602) 957-3257
bt@taylorgomezlaw.com

Martin A. Bihn (014338)
Donna M. McDaniel (017366)
**BIHN & McDANIEL, P.L.C.**
2600 N. Central Ave, Suite 1775
Phoenix, Arizona 85004
Tel: (602) 248 9779
Fax: (602) 248 9749
Email: MBihn@phxlegal.com
Donna@phxlegal.com
Attorneys for Plaintiff

**UNITED STATE DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Darnay Cockrell<br><br>Plaintiff,<br><br>vs.<br><br>City Of Mesa, Officer Helfrich (#25208), & Officer Brown (#24030)<br><br>Defendants. | Case No. CV-25-04535-PHX-JJT<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |

Attorneys Martin Bihn and Donna McDaniel and the law firm of Bihn & McDaniel, PLC give notice of their appearance on behalf of Plaintiff and notice of association with attorney Benjamin Taylor as attorneys of record for Plaintiff.

Dated this 30th day of September, 2026

**BIHN & McDaniel, PLC**

/s/ Martin A. Bihn

Martin A. Bihn
*Co-Counsel for Plaintiff*

Original of the foregoing electronically filed this 30th day of September 2026, with:

Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to ECF registrants.

/s/ Martin A. Bihn