Christina Retts, Bar #023798
Suzanne Reed, Bar # 025707
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: cretts@wienekelawgroup.com
Email: sreed@wienekelawgroup.com

*Attorneys for Defendants Brown and Helfrich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Darnay Cockrell,<br><br>Plaintiff,<br><br>v.<br><br>City of Mesa, Officer Helfrich (#25208), & Officer Brown (#24030),<br><br>Defendants. | NO. 2:25-cv-04535-JJT<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendants Brown, and Helfrich have served the discovery listed below on this date, via electronic mail, to all counsel of record.

1. Defendants' Response to Plaintiff's First Set of Requests for Production
2. Defendants' Response to Plaintiff's First Set of Interrogatories
3. Defendants' Third Supplemental Disclosure Statement

DATED this 4th day of November, 2026.

WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Christina Retts
Suzanne Reed
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Brown and Helfrich*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Benjamin Taylor
TAYLOR & GOMEZ, LLP
2600 N. 44th Street, Suite B-101
Phoenix, Arizona 85008

Martin A. Bihn (014338)
Donna M. McDaniel (017366)
BIHN & McDANIEL, P.L.C.
2600 N. Central Ave, Suite 1775
Phoenix, Arizona 85004

*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: */s/ Lauren Rasmussen*